**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re**

**BRANDSEED MEDIA COMMERCE GROUP, LLC**

Case No. 05-43431-DOT

Chapter 7

**Debtor(s)**

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Beth Solomon<br>Discover Financial Services LLC<br>2500 Lake Cook Rd<br>Riverwoods, IL  60015 | $45.29 |

Dated: January 7, 2010

/s/ Roy M. Terry, Jr.
ROY M. TERRY, JR., Trustee
P.O. Box 2188
RICHMOND, VA  23218-2188

(804) 775-6900

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to the Office of the United States Trustee at Assistant U.S. Trustee, 701 East Broad Street, Suite 4304, Richmond, Virginia 23219 on January 7, 2010.

/s/ Roy M. Terry, Jr.
ROY M. TERRY, JR.